# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| WILLIAM REED, | : | No. 90 EM 2016 |
| Petitioner | : | |
| v. | : | |
| COMMONWEALTH OF PENNSYLVANIA PHILADELPHIA COURT, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of August, 2016, the Petition for Writ of Mandamus is **DENIED**.